[No. 69860-5-I. Division One. April 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SETH MARSHALL HAMLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00918-1, Leila Mills, J., entered June 3, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Grosse, J.

[No. 69863-0-I. Division One. April 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY LOWELL ASHE, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 10-1-00084-2, Brian P. Altman, J., entered January 12, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Becker, J.

[No. 69864-8-I. Division One. April 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL ANGEL VILLANUEVA-GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-00544-5, Roger A. Bennett, J., entered July 27, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Grosse and Dwyer, JJ. Now published at 175 Wn. App. 1.

[No. 69865-6-I. Division One. April 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER EUGENE PAYTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-04626-9, Vicki L. Hogan, J., entered September 23, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Grosse and Dwyer, JJ.